UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| J.S.R.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26cv1184 DRL-SJF |

ORDER

Upon review, immigration detainee J.S.R., by counsel, was previously ordered to file a document under seal containing his full name and alien registration number by August 25, 2026. (ECF 7.) A document was filed by that deadline, but it lists information for a different petitioner with the initials J.G.G. who has a case pending in New York. (ECF 10.)

For these reasons, the petitioner is ORDERED to file a corrected document containing his full name and alien registration number by **September 14, 2026**.

SO ORDERED September 9, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge